IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY FLOYD,
    Plaintiff,

vs.                                    Case No. 3:04cv386/MCR/EMT

JEB BUSH, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).

On March 15, 2005, the court entered an order (Doc. 7) directing Plaintiff to file a completed application for leave to proceed in forma pauperis or pay the $150.00 filing fee within thirty (30) days of the entry of the order.  Plaintiff failed to comply with this order, and on April 22, 2005, the court entered an order to show cause (Doc. 8), allowing Plaintiff twenty (20) days in which to show cause why his case should not be dismissed for failure to comply with an order of the court.  On May 2, 2005, the copy of the show cause order mailed to Plaintiff at his address of record was returned marked "no longer at this address" (Doc. 9).

Plaintiff failed to notify this court of his change of address, failed to file a completed application for leave to proceed in forma pauperis or pay the $150.00 filing fee as ordered, and has not filed anything with the court for more than sixty (60) days, evidencing his intent to abandon the prosecution of this case.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 16th day of May, 2005.

/s/ *Elizabeth M. Timothy*
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**